UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT L. DYKES,

               Plaintiff,                       Case No. 1:18-cv-664

v.                                       Honorable Paul L. Maloney

UNKNOWN BENSON et al.,

               Defendants.

_____/

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Smith, Schiebner, Goodspeed, and Burke be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's First Amendment access to the courts claim against Defendant Austin and his First Amendment retaliation claim against Defendant Miseta be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   February 1, 2019                  /s/ Paul L. Maloney          
                                                Paul L. Maloney
                                                  United States District Judge