UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. DYKES,

    Plaintiff,

v.

                                    Case No. 1:18-cv-664

UNKNOWN BENSON, et al.,          HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for preliminary injunction/restraining order against more retaliatory actions from the defendants. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 6, 2020, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 61) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for injunctive relief (ECF No. 51) is DENIED.

Dated: September 4, 2020                                    /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge