UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DYKES #201541,  )
                Plaintiff,  )
                            )     No. 1:18-cv-664
v.  )
                            )     Honorable Paul L. Maloney
KRISTA BENSON, *et al.*,  )
                Defendants.  )
                            )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 8, 2022                                             /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge